1  EMILY J. KINGSTON (State Bar No. 184752)
   E-Mail:     *ekingston@sideman.com*
2  JAY R. WEILL (State Bar No. 75434)
   E-Mail:     *jweill@sideman.com*
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
4  San Francisco, California 94111-3629
   Telephone:     (415) 392-1960
5  Facsimile:     (415) 392-0827

6  Attorneys for DIANA DOLLAR KNOWLES

7

8

9              UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  DIANA DOLLAR KNOWLES,          CASE NO.    3033

14          Plaintiff,

15      v.                         **COMPLAINT FOR REFUND**

16                                 **JURY DEMANDED**
   UNITED STATES OF AMERICA,
17
           Defendant.
18

19

20

21      1.      The Plaintiff is Diana Dollar Knowles who resides in San Francisco, California.

22      2.      The Defendant is the United States of America.

23      3.      This is an action for the recovery of failure to file and failure to pay penalties

24  erroneously or illegally assessed against the Plaintiff pursuant to 26 U.S.C. § 6651(a)(1) & (2),

25  and wrongfully collected by the Defendant. This Court has original jurisdiction over this matter

26  pursuant to 26 U.S.C. § 7422 and 28 U.S.C. § 1346(a)(1).

27      4.      Recovery is sought of the failure to file and failure to pay penalties assessed against

28  the Plaintiff pursuant to 26 U.S.C. § 6651(a)(1) & (2) and collected with respect to the Plaintiff's

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

FILED
08 JUN 20  PM 12: 07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

1  United States Gift Tax Return (Form 709) for the taxable year ended December 31, 2004. The

2  Plaintiff received an automatic extension of time to October 15, 2005, in which to file the 2004

3  gift tax return. However, due to reasonable cause, the 2004 gift tax return was filed with the

4  Internal Revenue Service Center in Cincinnati, Ohio, on November 21, 2005. The full amounts of

5  the gift tax due of $5,566,701.00, a self-assessed failure to file penalty of $1,391,675.00, a self-

6  assessed failure to pay penalty of $222,668.00, and self-assessed late payment interest of

7  $214,318.00, all totaling $7,395,362.00, were paid on November 21, 2005, with the 2004 gift tax

8  return.

9      5.      On December 12, 2005, the Plaintiff filed a Form 843, Claim for Refund and

10  Request for Abatement, with the Internal Revenue Service Center at Cincinnati, Ohio, for a refund

11  of the failure to file and failure to pay penalties and interest paid by the Plaintiff on November 21,

12  2005. A copy of the claim is attached hereto as Exhibit A.

13      6.      On January 30, 2006, the Defendant assessed against the Plaintiff a late filing

14  penalty of $1,252,507.00, a failure to pay penalty $278,335.00, and interest of $356,866.00, for a

15  total assessment of $1,887,708.00.

16      7.      On March 13, 2006, the Internal Revenue Service decreased the failure to pay

17  penalty of $278,335.00 assessed against the Plaintiff by $55,667.01, leaving a total failure to pay

18  penalty on the Plaintiff's gift tax account of $222,667.99, which was fully satisfied with the

19  November 21, 2005, payment by the Plaintiff, and also reduced assessed interest by $91,915.31,

20  for a total net adjustment credit of $147,582.32. After applying a portion of this overpayment to a

21  balance due on the Plaintiff's gift tax account for taxable year 2004 totaling $59,048.42, on March

22  14, 2006, the Defendant issued a refund check to the Plaintiff in the net amount of $88,533.90. A

23  copy of the correspondence from the Internal Revenue Service dated March 13, 2006, reflecting

24  the above-referenced adjustments, and the corresponding refund check dated March 14, 2006, are

25  attached collectively hereto as Exhibit B.

26      8.      On July 10, 2006, the Internal Revenue Service decreased the failure to file penalty

27  of $1,252,508.00 assessed against the Plaintiff by $751,504.63, leaving a total failure to file

28  / / /

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

1   penalty on the Plaintiff's gift tax account of $501,003.37, which was fully satisfied with the
2   November 21, 2005, payment by the Plaintiff and overpaid by an additional $139,168.00, and also
3   reduced assessed interest by $62,740.81, for a total net adjustment credit of $814,245.44.  On July
4   11, 2006, the Defendant issued a refund check to the Plaintiff in the amount of $814,245.44.  A
5   copy of the correspondence from the Internal Revenue Service dated July 10, 2006, reflecting the
6   above-referenced adjustments, and the corresponding refund check dated July 11, 2006, are
7   attached collectively hereto as Exhibit C.

8       9.      On July 14, 2006, the Defendant denied the Plaintiff's claim for refund of the
9   remainder of the assessed and fully paid failure to file and failure to pay penalties and assessed
10  and fully paid interest thereon.  A copy of the denial is attached hereto as Exhibit D.

11      10.     The Plaintiff's failure to timely file her 2004 gift tax return was due to reasonable
12  cause and not due to willful neglect.

13      11.     The Defendant erroneously assessed and collected the failure to file and failure to
14  pay penalties and interest thereon.  After the adjustments and corresponding refunds referenced in
15  paragraphs 7 and 8, above, the total remaining amount erroneously assessed and collected by the
16  Defendant for the failure to file and failure to pay penalties with respect to the Plaintiff's 2004 gift
17  tax return is $862,839.00, and the total remaining amount of interest on the penalties erroneously
18  assessed and collected by the Defendant is $214,318.00.

19      12.     The Plaintiff has overpaid gift taxes due for the year ending December 31, 2004 by
20  $862,839.00 comprised of the erroneously assessed and collected failure to file and failure to pay
21  penalties, and has overpaid interest thereon by $214,318.00.

22      13.     The Plaintiff is entitled to a refund of the failure to file and failure to pay penalties
23  assessed against and collected from her totaling $862,839.00, and to a refund of interest assessed
24  against and collected from here totaling $214,318.00, plus accrued and accruing interest on the
25  payments made.

26      WHEREFORE, the Plaintiff demands judgment in the amount of $1,077,157.00, plus
27  accrued and accruing interest and costs allowed by law, and such other relief as the Court may
28  / / /

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

1  deem just, including the award of reasonable litigation costs incurred in this proceeding under 26
2  U.S.C. § 7430.

3

4                                              Respectfully submitted,

5  DATED: June 20, 2008               SIDEMAN & BANCROFT LLP

6

7                                       By: _____

8                                              Emily J. Kingston
                                              Jay R. Weill
9                                              Attorneys for DIANA DOLLAR KNOWLES

10

11                                       JURY DEMAND

12        The Plaintiff hereby demands a jury on all issues triable by a jury.

13

14                                              Respectfully submitted,

15

16  DATED: June 20, 2008               SIDEMAN & BANCROFT LLP

17

18                                       By: _____

19                                              Emily J. Kingston
                                              Jay R. Weill
20                                              Attorneys for DIANA DOLLAR KNOWLES

21

22

23

24

25

26

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

**EXHIBIT A**

| Form **843** | **Claim ... Refund and Request for Aba...ment** | |
|---|---|---|
| (Rev. November 2005)<br>Department of the Treasury<br>Internal Revenue Service | ▶ **See separate instructions.** | OMB No. 1545-0024 |

Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a  or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.

**Do not use Form 843 if your claim is for—**
- An overpayment of income taxes;
- A refund for nontaxable use (or sales) of fuel; or
- An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

<table>
<tr><td rowspan="5">Type or print</td><td>Name of claimant<br>DIANA DOLLAR KNOWLES</td><td>Your SSN or ITIN</td></tr>
<tr><td>Address (number, street, and room or suite no.)</td><td>Spouse's SSN or ITIN</td></tr>
<tr><td>City or town, state, and ZIP code<br>SAN FRANCISCO, CA</td><td>Employer identification number (EIN)</td></tr>
<tr><td>Name and address shown on return if different from above</td><td>Daytime telephone number</td></tr>
</table>

| 1 | **Period.** Prepare a separate Form 843 for each tax period<br>From **JANUARY 1, 2004**  to **DECEMBER 31, 2004** | 2 | Amount to be refunded or abated<br>$        1,614,343.00 |
|---|---|---|---|

**3 a**  Type of tax, penalty, or addition to tax
☐ Employment  ☐ Estate  ☐ Gift  ☐ Excise (see instructions)
☒ Penalty - IRC section ▶ **6651(a)(1) and (2)**

**b**  Type of return filed (see instructions):
☐ 706  ☒ 709  ☐ 940  ☐ 941  ☐ 943  ☐ 945  ☐ 990-PF  ☐ 4720  ☐ Other (specify)

**4 a**  Request for abatement or refund of:
☐  Interest as a result of IRS errors or delays.
☐  A penalty or addition to tax as a result of erroneous advice from the IRS.

**b**  Dates of payment ▶

**5**  **Explanations and additional claims.** Explain why you believe this claim should be allowed, and show computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

TAXPAYER SSN            REQUESTS REFUND OF PENALTIES CALCULATED UNDER IRC. SEC. 6651(a)(1) OF $1,391,675. AND 6651(a)(2) OF $222,668 ON COMBINED GIFT TAX AND GENERATION-SKIPPING TRANSFER TAX OF $5,566,701 FORM 709, TAX YEAR 2004, PAID AND FILED NOVEMBER 21, 2005.

SEE TWO PAGE ATTACHMENT FOR ADDITIONAL DETAILS REQUESTING REFUND.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

| *Diana Dollar Knowles* | 12/12/05 |
|---|---|
| Signature (Title, if applicable. Claims by corporations must be signed by an officer.) | Date |
| Signature | Date |

SA<br>W8122 2 000

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.          **EXHIBIT A**          Form 843 (Rev. 11-2005)

## DIANA DOLLAR KNOWLES

Social Security No.

2004 Gift Tax Return (Form 709)

### Claim for Refund of Penalty Imposed For Failure to File Return (IRC 6651(a)(1))

Taxpayer claims a full refund of the failure to file penalty in the amount of $1,391,675 paid in connection with her 2004 gift tax return filed on November 21, 2005. A copy of said return is attached hereto and hereby referred to and made a part hereof. The failure to file said return in a timely manner was due to reasonable cause and was not due to willful neglect as shown by the following facts:

1) Taxpayer is an elderly woman, who has been in extremely poor health for more than a year. She is under constant medical care and has 24 hour a day medical assistance in her home.

2) Taxpayer did not personally review her 2004 gift records in order to provide information to her tax preparer. Due to taxpayer's declining health, the task of assembling the information was delegated to taxpayer's secretarial assistant. The list of 2004 gifts assembled by taxpayer's secretarial assistant did not include the gift of $5,200,000 made by wire transfer to taxpayer's granddaughter Kimberley Hersov nor did it include the gift of $21,998 made to taxpayer's granddaughter Wendy Cary because the secretarial assistant believed that the gift tax had already been paid on those gifts. Because taxpayer's tax preparer did not receive information concerning these gifts, he concluded that all gifts made by taxpayer in 2004 were within the $11,000 per donee annual exclusion and he did not prepare a gift tax return for taxpayer's signature.

3) The failure to file the 2004 gift tax return was discovered on November 17, 2005 by taxpayer's legal advisor, who immediately notified both taxpayer's tax preparer and her financial advisor. The gift tax return for 2004 was prepared immediately and the return was filed on November 21, 2005. The full amount of the gift tax, including penalties and interest, was paid at that time.

4) Taxpayer has a history of filing gift tax returns reporting taxable gifts and promptly paying the gift tax due in connection therewith. As shown on the 2004 gift tax return attached hereto, gift tax returns were filed by taxpayer for the years 1986, 1992, 1993, 1995, 1996, 1999, 2000, 2001, 2002 and 2003. Taxpayer's past history of timely filed gift tax returns and timely payment of gift taxes supports her assertion that her failure to file was due to reasonable cause and was not willful neglect. It is submitted that the above facts constitute good and sufficient cause for the refund of the failure to file penalty in the amount of $1,391,675.

1 of 2

## DIANA DOLLAR KNOWLES

Social Security No.

2004 Gift Tax Return (Form 709)

### Claim for Refund of Penalty Imposed For Failure to Pay Tax (IRC 6651(a)(2))

Taxpayer claims a full refund of the failure to pay penalty in the amount of $222,668 paid in connection with her 2004 gift tax return filed on November 21, 2005. A copy of said return is attached hereto and hereby referred to and made a part hereof. The failure to pay the gift tax in a timely manner was due to reasonable cause and was not due to willful neglect as shown by the facts set forth above. It is submitted that the above facts constitute good and sufficient cause for the full refund of the failure to pay penalty in the amount of $222,668.

2 of 2

**EXHIBIT B**

05/04/2006   14:52    4157523575                KNOWLES                                        PAGE  02
IR0069802    NO 51   200412              9427                                                      SB    V
20k609      000197                      94118      IRS USE ONLY

Department of the Treasury                                        For assistance, call:
Internal Revenue Service                                         1-866-699-4083
CINCINNATI, OH 45999-0038

                                                                 Notice Number: CP210
                                                                 Date: March 13, 2006

003947.232176.0015.001 1 MB 0.326 702                            Taxpayer Identification Number:
llldmlnlndllnullllldnulllddnllllddnldddlnlddnll
                                                                 Tax Form: 709
                                                                 Tax Period: December 31, 2004

                                                                 ┌─────────────────────────┐
                                                                 │  Amount of Refund        │
        DIANA D    KNOWLES                                       ├─────────────────────────┤
        SAN FRANCISCO   CA                                       │          $88,533.90      │
003947                                                           └─────────────────────────┘

Statement of Adjustment to Your Account

        Balance Due on Account Before Adjustment                              $59,048.42
                                Adjustment Computation

        Penalty - Decrease                                     $55,667.01

        Interest Allowed                                        $1,664.92
        Reduction of Interest Previously Charged               $90,250.39
            Net Adjustment Credit                                          $147,582.32

            Overpayment                                                     $88,533.90

Interest allowed must be reported as income on your next income tax return.

**Status of Your Account - Refund**

We'll refund your overpayment (plus interest when applicable), if you owe no other taxes or have no other debts the law requires us to collect.

**Status of Your Account (Exam)**

This notice isn't the result of an examination of your return. We notify a taxpayer when we select his/her return for examination.

## Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

**Penalties:**

**EXHIBIT B**

30 Late Payment Penalty Removed $55,667.01

We removed the late payment penalty we previously charged you.

For tax forms, instructions and information visit **www.irs.gov** . (Access to this site will not provide you with your specific taxpayer account information.)

**United States Treasury** 15-61   A 409,509,539

Check No. 

03 14 06  87    AUSTIN, TEXAS          2307 29805373
2307 29805373 20091700 151 1KNOW CNCNATIF-709 REF



Pay to
the order of   DIANA D KNOWLES                    12/04
       SAN FRANCISCO CA                73
                                            $**88533*90

VOID AFTER ONE YEAR
001

1,664.92  INTEREST  99 DAYS

⑈23078⑈   ⑆000000518⑆  298053734⑈ 050306

**EXHIBIT C**

07/13/2006  15:23   4157523575                        KNOWLES
    NO 51   200412              9427                   IRS USE ONLY
200626   000190               94118

Department of the Treasury
Internal Revenue Service
CINCINNATI, OH 45999-0038

PAGE  02
17509-337-08200-5   B0089824   210
                          SB    V

For assistance, call:
1-866-699-4083

Notice Number: CP210
Date: July 10, 2006

Taxpayer Identification Number:

005330.256950.0020.001 1 MB 0.326 702

Tax Form: 709
Tax Period: December 31, 2004

DIANA D   KNOWLES
SAN FRANCISCO   CA

| Amount of Refund |
| --- |
| $814,245.44 |

## Statement of Adjustment to Your Account

Balance Due on Account Before Adjustment                                    $.00
                                Adjustment Computation

Penalty Decrease - Filing Return Late                $751,504.63

Interest Allowed                                     $33,358.61
Reduction of Interest Previously Charged             $29,382.20
    Net Adjustment Credit                                            $814,245.44

        Overpayment                                                  $814,245.44

Interest allowed must be reported as income on your next income tax return.

### Status of Your Account - Refund

We'll refund your overpayment (plus interest when applicable), if you owe no other taxes or have no other debts the law requires us to collect.

### Status of Your Account (Exam)

This notice isn't the result of an examination of your return.  We notify a taxpayer when we select his/her return for examination.

For tax forms, instructions and information visit www.irs.gov .  (Access to this site will not provide you with your specific taxpayer account information.)

## EXHIBIT C

07/13/2006  15:23    4157523575    KNOWLES    PAGE  03
    Seq. No.: B0089824  CP: 210
    TIN:                     Form: 709    Tax Period: December 31, 2004

005330

✄ **CUT HERE** ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Return this voucher with your payment or correspondence.

Your Telephone Number:    Best Time to Call:
(   )   .                  _____AM_____PM

☐ **Correspondence enclosed:**
    * Write your Taxpayer Identification
    Number, tax period and tax form number
    on your inquiry or correspondence.

SB    200626    012425    17509-337-08200-5

210    Internal Revenue Service
    CINCINNATI, OH 45999-0038

|ldaldaldaldaldaldaldaldaldaldaldaldaldald|

DIANA D  KNOWLES

SAN FRANCISCO  CA

550663023 NO  51 0 200412



United States Treasury 15-51 / 000   A 448,025,325

Check No.

07 11 06  23    AUSTIN, TEXAS                2307 63680803
2307 63680803 20091700 I51 1KNOW CNCNATIF 709 REF

Pay to
the order of  DIANA D KNOWLES                          12/04
SAN FRANCISCO CA                              03

$*814245*

VOID AFTER ONE YEAR
001

33,358.61  INTEREST 218 DAYS

⑈23078⑈  ⑈000000051B⑈ 63680803⑈⑈ 050706

 **IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0029

023717.257305.0116.003 2 AB 0.554 1182

Ilılıuılıılıulllıuılllılıuılllıluılıılılılılılılılıulıll

DIANA D KNOWLES

SAN FRANCISCO CA

717

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.          Use for payments
                                    2477525291
      BODCD-SB                                      Letter Number:    LTR0854C
                                                    Letter Date  :    2006-07-14
                                                    Tax Period   :    200412



                                                    DIANA D KNOWLES

                                                    SAN FRANCISCO CA

      INTERNAL REVENUE SERVICE

      CINCINNATI OH 45999-0029
      Ilıılılılılılılılılılılılılllıılllıuılılılllıuılilıl

**EXHIBIT  D**



**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI  OH  45999-0029

```
                              In reply refer to:  2477525291
                              July 14, 2006    LTR 854C    0
                                    V 200412 51 000
                                                         07820
                                             BODC: SB
```

DIANA D KNOWLES

SAN FRANCISCO  CA

1717

```
        Taxpayer Identification Number:
                    Tax Period(s):   Dec. 31, 2004

                           Form:   709

               Kind of Penalty:    Failure to File
                                   Failure to Pay
```

Dear Taxpayer:

Thank you for the inquiry Dated Dec. 14, 2005.

We are sorry, but the information submitted does not establish
reasonable cause or show due diligence.  Therefore, we must deny your
request for penalty adjustment.

The duties of filing tax returns and paying taxes may be delegated.
However, it is the responsibility of the taxpayer to ensure that all
returns are filed and all taxes are paid timely and correctly.

The brief & undetailed statement regarding Mrs. Knowles age and poor
health is not reasonable cause. That Mrs. Knowles secretarial
assistant was to attend to the filing & paying of the gift tax return
and such reliance on this third party regarding tax matters is not
reasonable cause.

If you want to appeal or give us more information, the following
will be helpful.

### APPEALS PROCEDURES

**EXHIBIT D**

If you have additional information and want your case to receive
further consideration by an Appeals Officer, please provide a brief
written statement of the disputed issues to the Service Center
Appeals Coordinator.  It should include:

1.  Your name and address;
2.  Your social security number or employer identification number;
3.  A statement that you want to appeal the findings;
4.  A statement of facts supporting your position on the issues you

                                                        2477525291
                                      July 14, 2006    LTR 854C    0
                                            V 200412 51 000
                                                            07821


DIANA D KNOWLES

SAN FRANCISCO  CA


        are appealing,
5.   If possible, a statement outlining the law or other authority
     on which you rely.
6.   A copy of this letter.

The statement of facts, under 4 above, should be detailed and
complete, including specific dates, names, amounts, and locations.
It must be declared true under penalties of perjury.  You may do
this by adding to your statement the following signed declaration:

   "Under penalties of perjury, I declare that the facts presented
   in my written protest, which are set out in the accompanying
   statement of facts, schedules, and other statements are, to the
   best of my knowledge and belief, true, correct, and complete."

If your authorized representative sends us the protest for you, he
or she may substitute a declaration stating that he or she prepared
the statement and accompanying documents and whether he or she knows
that the statement and accompanying documents are true and correct.

Please send your response to:

     Internal Revenue Service
     Service Center Penalty Appeals Coordinator
     Attn:   Ms. R. Zulager Stop 5111G
             201 W. Rivercenter Blvd.
             Covington  KY  41011

The Service Center Appeals Coordinator will review your appeal
information to determine whether the penalty should be removed or
reduced.  If your appeal can't be resolved immediately with the
additional information, the coordinator will send your written
statement to the Appeals Office serving your district.

                         REPRESENTATION

An attorney, certified public accountant, or person enrolled to
practice before the Internal Revenue Service may represent you.
To have someone represent you, attach a Form 2848, Power of
Attorney and Declaration of Representative, (or similar written
authorization) to your written statement.

Forms, instructions, and Treasury Department Circular 230,
Regulations Governing the Practice of Attorneys, Certified
Public Accountants, and Enrolled Agents Before the Internal
Revenue Service, are available from any Internal Revenue Service

```
                                             2477525291
                        July 14, 2006    LTR 854C    0
                                 V 200412 51 000
                                             07822
```

DIANA D KNOWLES

SAN FRANCISCO  CA


office.

717

## OTHER INFORMATION

If taxes are overdue on your account, you will continue to receive
bills even if you appeal the penalty.  If you decide to appeal,
you may pay the penalty to avoid further interest charges on the
penalty amount.  If you appeal the penalty and the Appeals Officer
determines that you are not required to pay it, we will adjust your
account and send you a refund.

If you don't appeal, you may file a claim for refund after you pay
the penalty.  If you want to take your case to court immediately, you
should request in writing that your claim for refund be immediately
rejected.  Then you will be issued a notice of disallowance.  You
have two years from the date of the notice of disallowance to bring
suit in the United States District Court having jurisdiction or in
the United States Claims Court.

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (    )_____    Hours_____

```
                                          2477525291
                    July 14, 2006   LTR 854C   0
                               V 200412 51 000
                                          07823
```

DIANA D KNOWLES

SAN FRANCISCO   CA


                        Sincerely yours,


                        *Betsy J Rollins*

                        Betsy J. Rollins
                        Estate & Gift Tax Operations Mgr.

Enclosures:
Copy of this letter
Envelope