EMILY J. KINGSTON (State Bar No. 184752)
E-Mail: *ekingston@sideman.com*
JAY R. WEILL (State Bar No. 75434)
E-Mail: *jweill@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for DIANA DOLLAR KNOWLES

**E-FILING**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA DOLLAR KNOWLES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. CV 08 3033 CW<br><br>**RETURN OF SUMMONS AND PROOF OF SERVICE** |

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| | | |
|---|---|---|
| DIANA DOLLAR KNOWLES | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| UNITED STATES OF AMERICA | ) | CV 08  3033 CW |
| Defendant | ) | |

**Summons in a Civil Action**

To:   UNITED STATES OF AMERICA
          *(Defendant's name)*

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Emily J. Kingston and Jay R. Weill
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, California 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  JUN 2 0 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
ANNA SPRINKLES

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

JAY R. WEILL (SBN 75434)
SIDEMAN & BANCROFT LLP
1 Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 392-1960
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : DIANA DOLLAR KNOWLES

Defendant : UNITED STATES OF AMERICA

Ref#: 238481      *   **PROOF OF SERVICE**   *   Case No.: CV 08 3033 CW

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR REFUND; CIVIL COVER SHEET; NOTICE TO PLAINTIFF; ORDER SETTING CASE MANAGEMENT CONFERENCE; ECF REGISTRATION INFORMATION HANDOUT; DISPUTE RESOLUTION PROCEDURES; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

in the within action by personally delivering true copies thereof to the person named below, as follows:

           Party served    : JOSEPH P. RUSSIONELLO, ESQ.

           By serving      : Tiffani Chiu, Agent for Service

           Address         : U.S. Attorney's Office
                             450 Golden Gate Avenue, 11th Floor
                             San Francisco, CA 94102

           Date of Service: June 20, 2008

           Time of Service: 2:02 PM


Person who served papers:                    Fee for service: $50.00
MARY SCHWAB                                  Registered California process server.
SPECIALIZED LEGAL SERVICES, INC.             (i) Employee or Independent Contractor
1112 Bryant Street, Suite 200                (ii) Registration no.: 1010
San Francisco, CA 94103                      (iii) County: San Francisco
Telephone: (415) 357-0500


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 23, 2008                          Signature _Mary Schwab_

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is One Embarcadero Center, Eighth Floor, San Francisco, California 94111-3629.

On June 24, 2008 I served the following documents(s) described as **RETURN OF SUMMONS AND PROOF OF SERVICE** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| Joseph P. Russionello<br>United States Attorney<br>U.S. Attorney's Office<br>450 Golden Gate Avenue, Box 36055<br>11th Floor, Federal Building<br>San Francisco, CA 94102-3495 | Michael Mukasey<br>Attorney General for the United States<br>of America<br>United States Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001 |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24, 2008 at San Francisco, California.

_____
MICHELLE WASHINGTON

1  EMILY J. KINGSTON (State Bar No. 184752)
   E-Mail:      *ekingston@sideman.com*
2  JAY R. WEILL (State Bar No. 75434)
   E-Mail:      *jweill@sideman.com*
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
4  San Francisco, California 94111-3629
   Telephone:   (415) 392-1960
5  Facsimile:   (415) 392-0827

6  Attorneys for DIANA DOLLAR KNOWLES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA DOLLAR KNOWLES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. CV 08 3033<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is One Embarcadero Center, Eighth Floor, San Francisco, California 94111-3629.

On June 23, 2008, I served the following documents(s) described as **1.) Civil Summons; 2) Complaint for Refund; Jury Demanded  3) Order Setting Case Management Conference 4) Notice of Availability of Magistrate Judge; and Consenting Brochure 5) USDC/ECF Registration Handout 5) USDC/Dispute Resolution Procedures** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Michael Mukasey
Attorney General for the United States
of America
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23. 2008 at San Francisco, California.

_____
MICHELLE WASHINGTON

10672\629086v1                1                Case No.CV 08 3033
PROOF OF SERVICE