```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Chief, Tax Division
3  DAVID L. DENIER (CSBN 95024)
   Assistant United States Attorney
4   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102
    Telephone:  (415) 436-6888
6   Fax:        (415) 436-6748
```

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DIANA DOLLAR KNOWLES,<br><br>      Plaintiffs,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | No. C-08-3033-CW<br><br>**ANSWER OF THE UNITED STATES OF AMERICA**<br><br>**DEFENDANT UNITED STATES DEMANDS A JURY TRIAL** |

    COMES NOW the defendant United States of America, by and through its counsel of record, Joseph P. Russoniello, United States Attorney for the Northern District of California, Thomas Moore, Assistant United States Attorney, Chief, Tax Division, and David L. Denier, Assistant United States Attorney, and for its answer to plaintiff's complaint, admits, denies and alleges as follows:

    Denies each and every allegation of such complaint not admitted, qualified or otherwise specifically referred to below:

    Furthering answering, defendants United States of America, says that:

    1.    Admits the allegations contained in paragraph 1 of the complaint.

    2.    Admits the allegations contained in paragraph 2 of the complaint.

    3.    Admits the allegations contained in paragraph 3 of the complaint, except denies that the failure to file and failure to pay penalties were erroneously or illegally assessed.

///

1       4.     Admits that plaintiff seeks recovery of the failure to file and failure to pay penalties assessed and collected with respect to plaintiff's United States Gift Tax Return (Form 709) for the taxable year ended December 31, 2004. Denies the allegations contained in the second sentence of paragraph 4 of the complaint for the reason that defendant United States of America presently lacks knowledge or information sufficient to from a belief as to the truth thereof. Denies the allegations contained in the third sentence of paragraph 4 of the complaint that the 2004 gift return was filed late due to reasonable cause. Admits the allegations contained in the last sentence of paragraph 4 of the complaint.

      5.     Admits the allegations contained in paragraph 5 of the complaint.

      6.     Admits the allegations contained in paragraph 6 of the complaint.

      7.     Admits the allegations contained in paragraph 7 of the complaint, except denies that IRS reduced the assessed interest by $91,915.31 as alleged in the first sentence of paragraph 7. Alleges that the IRS reduced the assessed interest by $90,250.39 and allowed plaintiff interest in the amount of $1,664.92 on the refund as reflected on Exhibit B to the complaint.

      8.     Admits the allegations contained in paragraph 8 of the complaint, except denies that IRS reduced the assessed interest by $62,740.81 as alleged in the first sentence of paragraph 8. Alleges that the IRS reduced the assessed interest by $29,382.20 and allowed plaintiff interest in the amount of $33,358.61 on the refund as reflected on Exhibit C to the complaint. Denies that plaintiff overpaid the failure to file penalty by an additional $139,168.00 as alleged in the first sentence of paragraph 8; alleges that said additional $139,168.00 is not reflected on Exhibit C to the complaint.

      9.     Admits the allegations contained in paragraph 9 of the complaint.

      10.    Denies the allegations contained in paragraph 10 of the complaint.

      11.    Denies the allegations contained in paragraph 11 of the complaint.

      12.    Denies the allegations contained in paragraph 12 of the complaint.

      13.    Denies the allegations contained in paragraph 13 of the complaint.

///

///

1    **WHEREFORE**, having fully answered each and every allegation contained in plaintiff's complaint, defendant United States of America prays that:

1. Plaintiff take nothing by her complaint;
2. Plaintiff's complaint and action be dismissed with prejudice;
3. The United States be awarded its costs in suits; and
4. The Court grant such other and further relief as it deems just and equitable in the premises.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ David L. Denier
DAVID L. DENIER
Assistant United States Attorney
Tax Division

Defendant United States of America demands trial by jury on all triable issues.

ANSWER OF THE USA
(No. C-08-3033-CW)

3