EMILY J. KINGSTON (State Bar No. 184752)
E-Mail:   ekingston@sideman.com
JAY R. WEILL (State Bar No. 75434)
E-Mail:   jweill@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for DIANA DOLLAR KNOWLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIANA DOLLAR KNOWLES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C-08-3033 CW<br><br>[~~Proposed~~] ORDER EXCUSING PLAINTIFF, DIANA DOLLAR KNOWLES, FROM ATTENDING MEDIATION |

Pursuant to the Agreement of the Plaintiff, Diana Dollar Knowles, the Defendant, the United States of America, and the Mediator, Profession Joshua Rosenberg, and Alternative Dispute Resolution Local Order 6-9(d), *and for good cause shown*

IT IS HEREBY ORDERED that the Plaintiff, Diana Dollar Knowles, shall be excused from attending the Mediation in this matter.

IT IS SO ORDERED.

Dated: 12/4/08

The Honorable Wayne D. Brazil
United States Magistrate Judge