EMILY J. KINGSTON (State Bar No. 184752)
E-Mail:     ekingston@sideman.com
JAY R. WEILL (State Bar No. 75434)
E-Mail:     jweill@sideman.com
WENDY ABKIN (State Bar No. 121286)
E-Mail      wabkin@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Plaintiff
DIANA DOLLAR KNOWLES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DIANA DOLLAR KNOWLES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. C-08-3033 CW<br><br>**STIPULATION AND** [PROPOSED]<br>**ORDER TO CONTINUE FURTHER**<br>**CASE MANAGEMENT CONFERENCE** |

1. By order dated September 23, 2008, the Court scheduled a Further Case Management Conference and hearing on case-dispositive motions in this case for Thursday, April 9, 2009, at 2:00 P.M.

2. Neither party has filed dispositive motions in this case.

3. The Court set the trial in this case to begin Tuesday, October 13, 2009, at 8:30 A.M.

4. Counsel and the ADR Case Administrator have scheduled a an ADR telephone conference for April 29, 2009, at 10:30 A.M. to discuss mediation.

5. Plaintiff's counsel Emily J. Kingston is on an extended medical leave, and Jay R. Weill is presently out of the country.

6. There have been no prior time modifications in this case.

7. The parties respectfully request the Court to continue the date of the Further Case Management Conference to Tuesday, May 12, 2009, at 2 P.M.

8. All other dates set forth in the Court's Case Management Order and Order for Pretrial Preparation will remain unchanged.

DATED: April 8, 2009            SIDEMAN & BANCROFT LLP


                                By:  *Wendy Abkin*
                                     WENDY ABKIN
                                     Attorneys for Plaintiff
                                     DIANA DOLLAR KNOWLES


DATED: April 8, 2009            JOSEPH P. RUSSONIELLO
                                United States Attorney


                                By:  *David L. Denier*
                                     DAVID L. DENIER
                                     Assistant United States Attorney
                                     Tax Division
                                9th Floor Federal Building
                                450 Golden Gate Avenue, Box 36055
                                San Francisco, CA 94102
                                Telephone: (415) 436-6888
                                Fax: (415) 436-6748
                                Attorneys for Defendant
                                UNITED STATES OF AMERICA

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 10, 2009

By: /s/ Claudia Wilken
CLAUDIA ~~WILKIN~~ WILKEN
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

      I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is One Embarcadero Center, Eighth Floor, San Francisco, California 94111-3629.

      On April 8, 2009, I served the following documents(s) described as **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| David L. Denier<br>Assistant United States Attorney<br>  Tax Division<br>9th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 | Attorneys for Defendant<br>UNITED STATES OF AMERICA<br>Telephone:  (415) 436-6888<br>Fax:  (415) 436-6748 |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 8, 2009 at San Francisco, California.

_____
NANCY MARTIN

10672\778869v1      4      Case No. C-08-3033 CW
STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE