EMILY J. KINGSTON (State Bar No. 184752)
E-Mail:      ekingston@sideman.com
JAY R. WEILL (State Bar No. 75434)
E-Mail:      jweill@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:      (415) 392-1960
Facsimile:      (415) 392-0827

Attorneys for Plaintiff
DIANA DOLLAR KNOWLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DIANA DOLLAR KNOWLES, | CASE NO. C-08-3033 CW |
|---|---|
| Plaintiff, | **ORDER GRANTING** |
| v. | **JOINT APPLICATION TO VACATE PRETRIAL AND TRIAL DATES** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

1  This matter is set for Trial on October 13, 2009 and Pretrial Conference on September 29,
2  2009. The Plaintiff has submitted an offer to settle the case which must be approved by the
3  Internal Revenue Service and Department of Justice. Accordingly, the parties request that the
4  Pretrial and Trial dates be vacated.

DATED: September 21, 2009         Respectfully submitted,

SIDEMAN & BANCROFT LLP


By:   /s/ Jay R. Weill
      Jay R. Weill
Attorneys for DIANA DOLLAR KNOWLES


DATED: September 21, 2009         Respectfully submitted,

JOSEPH P. RUSSIONELLO
United States Attorney


By:   /s/ David L. Denier
      David L. Denier
Assistant United States Attorney
Tax Division
Attorneys for UNITED STATES OF AMERICA


**SO ORDERED:   A FURTHER CMC WILL BE HELD ON 12/22/09 AT 2:00 P.M. UNLESS THE CASE IS DISMISSED PRIOR TO THAT DATE.**

DATED:  9/25  2009                _____
                                  Claudia Wilkin
                                  United States District Judge